IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SALAME M. AMR,

    Plaintiff,

v.                                         Civil Action No. 3:11cv423

THE ATTORNEY GENERAL OF
VIRGINIA, et al.,

    Defendants.

**ORDER**

Having considered the COMMONWEALTH DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 (Docket No. 14), and the supporting memorandum, and the plaintiff's response thereto, and finding that, in three previous cases in this Court, Amr v. VSU, et al., Civil Action No. 3:07cv628, Amr v. Eddie N. Moore, et al., Civil Action No. 3:09cv667, and Amr v. Virginia State University, et al., Civil Action No. 3:10cv787, claims much akin to those in this action have been dismissed with prejudice as without merit, and it appearing clearly that there is absolutely no claim against the defendants Regnery and Fleming adequately pleaded in this action, and that the claims asserted herein against them have been asserted for the purpose of harassment and vexation and without any legal foundation whatsoever, and further finding that the filing of this action violates Fed. R. Civ. P. 11(b)(1) because they were presented for an improper purpose of harassment and vexation, Fed.

R. Civ. P. 11(b)(2) because the claims and contentions are not warranted by existing law or by a non-frivolous argument for extending, modifying or reversing existing law or establishing new existing law, and Fed. R. Civ. P. 11(b)(3) because the contentions herein have no evidentiary support and have not been shown likely to have evidentiary support after reasonable opportunity for further investigation and discovery; and the plaintiff having been given proper notice on July 27, 2011 as required by Fed. R. Civ. P. 11(c)(2) and the plaintiff having refused to dismiss this action within twenty-one (21) days after service thereof, it is hereby ORDERED that sanctions are necessary and appropriate under Fed. R. Civ. P. 11(b)(1)(2) and (3).

The appropriate sanction in this case is to dismiss this action with prejudice and to impose a monetary sanction of ONE THOUSAND DOLLARS ($1,000.00) payable to the Clerk of Court, and the entry of an injunction prohibiting the plaintiff from filing any action in this case of any kind until he first pays the $1,000.00 sanction, and prohibiting the plaintiff from filing in this Court any action involving the subject matter of this action and the three cases mentioned herein previously filed by the plaintiff, and prohibiting the plaintiff from filing any action whatsoever in this Court without first obtaining approval of a district judge.

The Court finds that only in this fashion can the plaintiff be dissuaded from harassing and vexing people as to whom he perceives

that he has grievances and from further consuming, and unnecessarily and inappropriately so, the limited resources of the Court.

This Order may be appealed by the plaintiff. Any appeal from this decision must be taken by filing a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to the plaintiff.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 2V, 2011