IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SALAME M. AMR,

    Plaintiff,

v.                                           Civil Action No. 3:11cv423

THE ATTORNEY GENERAL
OF VIRGINIA, et al.,

    Defendants.

**ORDER**

By Order entered herein on November 27, 2012 the pending PETITION FOR PRE-FILING MOTIONS (Docket No. 41) and AMENDED PETITION FOR PRE-FILING OF MOTIONS AND RESPONSES (Docket No. 53) were referred to Magistrate Judge M. Hannah Lauck for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 56) entered herein on February 23, 2013, the PLAINTIFF'S OBJECTION TO THE REPORT AND RECOMMENDATION (Docket No. 57) filed on March 11, 2013, and the time having lapsed without a timely response by the defendants to the plaintiff's objection having been filed, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

    (1) The PLAINTIFF'S OBJECTION TO THE REPORT AND RECOMMENDATION (Docket No. 57) is overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 56) is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) The PETITION FOR PRE-FILING MOTIONS (Docket No. 41) is denied; and

(4) The AMENDED PETITION FOR PRE-FILING OF MOTIONS AND RESPONSES (Docket No. 53) is denied.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

This Order may be appealed by the plaintiff. Any appeal from this decision must be taken by filing a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 10, 2013

2